DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MOSHE-ROMANO,**
Appellant,

v.

**LIOR MOSHE-ROMANO** o/b/o **LIEL MOSHE-ROMANO, AVIEL MOSHE-ROMANO,** and **NOYA MOSHE-ROMANO**
Appellee.

No. 4D2026-0561

[July 30, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Catalina Avalos, Judge; L.T. Case No. 062025DR007524AXDVCE.

Michael Moshe-Romano, Pembroke Pines, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and SHAW, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***